## PITTSFIELD BANK *v.* CLOUGH.

It is within the discretion of the court to allow the plaintiff to withdraw his election to put a trustee to answer interrogatories, and to elect to try the question of his liability by the jury, although his disclosure is commenced and not completed.

FOREIGN ATTACHMENT. The plaintiff elected to put the trustee to answer interrogatories, and, nine interrogatories having been answered, but, the disclosure not having been completed or sworn to, the plaintiff moved the court for permission to withdraw his election to put the trustee to answer interrogatories, and that he be allowed then to elect to try the question of the trustee's liability by the jury, upon such reasonable terms, if any, as the court

might impose. To which motion the trustee objected, claiming that he was entitled to have the disclosure finished, or at least to have the answers already taken subscribed and sworn to, to be used on any subsequent trial before the jury.

*George & Foster*, for the plaintiff.

*Minot & Mugridge,* for the trustee.

D'OE, J. The matters stated in the case were within the discretion of the court at the trial term.

*Case discharged.*